IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IOANNIS NIKOLAOS PELAGIDIS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3798 |
| FUTURE CARE, INC., MARINE MANAGEMENT SERVICES M.C., LONDON P&I CLUB, VALERO MARKETING AND SUPPLY COMPANY, AND VALERO ENERGY CORPORATION, | § § § § § § § | |
| Defendants. | § | |

## ORDER

For the reasons stated in detail in the accompanying Memorandum and Opinion, this case is remanded to the 333rd Judicial District Court of Harris County, Texas.

SIGNED on May 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge